**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BERNABE PABLO VALENTIN, individually and on behalf of others similarly situated,

    Plaintiff,

-against-

ABITINO'S PIZZA 49TH STREET CORP. (D/B/A ABITINO'S PIZZERIA), DOMINIQUE ABITINO, and DAVID DOE,

    Defendants

---

1:21-cv-03251-VEC

**SETTLEMENT AGREEMENT**
**AND**
**RELEASE**

    This Settlement Agreement and Release of Claims ("Agreement") is entered into by and among Plaintiff BERNABE PABLO VALENTIN ("Plaintiff") on the one hand, ABITINO'S PIZZA 49TH STREET CORP. (D/B/A ABITINO'S PIZZERIA), DOMINIQUE ABITINO, and DAVID DOE, (collectively, "Defendants"), on the other hand.

    **WHEREAS**, Plaintiff alleges that he worked for Defendants as an employee; and

    **WHEREAS**, a dispute has arisen regarding Plaintiff's alleged employment and the terms thereof, which dispute has resulted in the filing of an action in the United States District Court for the Southern District of New York, Civil Action No: 1:21-cv-03251-VEC (hereinafter "the Litigation"), alleging, among other things, a violation of federal and state wage and hour and overtime laws;

    **WHEREAS**, Defendants deny any violation of federal and state wage and hour and overtime laws; and

    **WHEREAS**, the parties desire to resolve all disputes between them without the necessity of further litigation;

    NOW, THEREFORE, in consideration of the mutual covenants and promises herein contained and other good and valuable consideration, receipt of which is hereby acknowledged, it is hereby agreed as follows:

    1. **Payment**: Defendants shall pay or cause to be paid to Plaintiff, subject to the terms and conditions of this Agreement, and as full, complete, and final settlement and final satisfaction of all claims Plaintiff had against Defendants in the Litigation through the Effective Date of this Agreement, including all counsel fees and costs incurred by Plaintiff, the gross sum of **Eighteen Thousand Dollars and No Cents ($18,000.00)** (the "Settlement Amount") to be paid to Plaintiff's attorneys in Two ("2") installments, as follows:

1

| BERNABE PABLO VALENTIN | $12,000.00 by 1099 |
|---|---|
| Michael Faillace & Associates, P.C. | $6,000.00 by 1099 |

(a)  Installments One (1): Within thirty days (30) of this Agreement being approved by the Court, Defendants shall deliver the first installment payment in the gross amount of Nine Thousand Dollars and Zero Cents ($9,000.00) to Plaintiff's Counsel, which individual checks as follows:

    i.  Plaintiff BERNABE PABLO VALENTIN shall receive $6,000.00;

    ii.  The remainder shall be paid to Michael Faillace & Associates, P.C. in the amount of $3,000.00;

(b)  Installment Two (2): Within sixty days (60) of this Agreement being approved by the Court, following the payment of Installment Two, Defendants shall deliver to Plaintiff's counsel settlement checks in the amount below:

    i.  Plaintiff BERNABE PABLO VALENTIN shall receive $6,000.00;

    ii.  The remainder shall be paid to Michael Faillace & Associates, P.C. in the amount of $3,000.00;

(c)  Concurrently with the execution of this Agreement, Defendants ABITINO'S PIZZA 49TH STREET CORP. (D/B/A ABITINO'S PIZZERIA), DOMINIQUE ABITINO, and DAVID DOE shall each execute and deliver to Plaintiff's counsel confessions of judgment ("Confessions of Judgment") in the form annexed hereto as Exhibits respectively. The Parties hereby acknowledge and agree that the Confessions of Judgments will be held in escrow by Plaintiff's counsel and will not be entered and/or filed at any time other than (i) in the event that the Defendants fail to make any of the installment payments as set forth above, i.e., one of the postdated checks fails to clear Plaintiff's counsel's escrow account, or Defendants fail to deliver the payments to Plaintiff's counsel within five days of
the Court approving the Agreement, <u>and</u> (ii) Defendants fail to cure such default within ten (10) days of receipt of written notice to be emailed to Defendants' Counsel by email to **Anthony George Mango Esq.** from Mango & Iacoviello, LLP 14 Penn Plaza, New York, NY 10122 at amango@mandilaw.com

All payments shall be delivered to the office of Michael Faillace & Associates, P.C. to the attention of Michael Faillace, Esq., 60 East 42nd Street, Suite 4510, New York, NY 10165.

    2.  **Release and Covenant Not To Sue**: Plaintiff hereby expressly waives, releases, and forever discharges any and all claims that he had against Defendants, or any of Defendants'

2

respective owners, officers, directors, agents, attorneys, employees or representatives, or their successors in interest, arising out of or in connection with this Litigation and the federal and New York State wage and hour claims made therein.

4. **No Admission of Wrongdoing:** This Agreement and compliance with this Agreement shall not be construed as an admission by Defendants of any liability whatsoever, or of any violation of any statute, regulation, duty, contract, right or order.

5. **Modification of the Agreement:** This Agreement may not be changed unless the changes are in writing and signed by a proper representative of Plaintiff and Defendants.

6. **Acknowledgments:** Plaintiff acknowledges that: he has been fully and fairly represented by counsel in this matter. Plaintiff and Defendants acknowledge that they are not relying upon any statement, representation or promise in executing this Agreement except for statements, representations or promises expressly set forth in this Agreement. They further acknowledge and agree that the only consideration for signing this Agreement is as set forth in this Agreement.

7. **Notices:** Notices required under this Agreement shall be in writing, by email, and shall be deemed given upon electronic transmission thereof. Notice hereunder shall be delivered, by email, to:

To Plaintiff:

Michael Faillace, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd St. Suite 4510
New York, NY 10165
Tel: (212) 317-1200
Fax: (212) 317-1620
Email: michael@faillacelaw.com

To Defendants:

Anthony George Mango
Mango & Iacoviello, LLP
14 Penn Plaza
New York, NY 10122
(212) 695-5454
Fax: (212) 695-0797
Email: amango@mandilaw.com

8. **Governing Law:** This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of New York, excluding the conflict-of-laws principles thereof. The parties consent and stipulate to the personal jurisdiction of the United States District

Court for the Southern District of New York and the Supreme Court of the State of New York in any subsequent proceeding to enforce this Agreement.

9  **Enforceability:** If any provision of this Agreement is held to be illegal, void, or unenforceable, such provision shall be of no force or effect. However, the illegality or unenforceability of such provision shall have no effect upon, and shall not impair the legality or enforceability of, any other provision of this Agreement.

10.  **Release Notification:** Plaintiff discussed the terms of this Agreement and release of claims with their legal counsel and Plaintiff acknowledge that he has consulted with Michael Faillace, Esq. of Michael Faillace & Associates, P.C., Plaintiff acknowledges that it is his choice to waive any claims in return for the benefits set forth herein and that he made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with his attorneys. Plaintiff confirms that this Settlement Agreement and Release has been translated to him in Spanish and that he understands the terms of this Agreement and that he is signing this Agreement voluntarily.

4

11. **Counterparts:** To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

**PLAINTIFF**

By: _[signature]_                                Dated: 11/16/21

_____
**BERNABE PABLO VALENTIN**

**DEFENDANTS:**

By: _____           Dated: _____

_____
**ABITINO'S PIZZA 49TH STREET CORP.**
**(D/B/A ABITINO'S PIZZERIA)**

By: _____           Dated: _____

_____
**DOMINIQUE ABITINO**

By: _____           Dated: _____

_____
**DAVID DOE**

5

11. **Counterparts:** To signify their agreement to the terms of this Agreement and Release, the parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

PLAINTIFF

By: _____    Dated: _____
    BERNABE PABLO VALENTIN

DEFENDANTS:

By: [signature]    Dated: 11/16/21
    ABITINO'S PIZZA 49TH STREET CORP.
    (D/B/A ABITINO'S PIZZERIA)

By: [signature]    Dated: 11/16/21
    DOMINIQUE ABITINO

By: [signature]    Dated: 11/16/21
    DAVID DOE

EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------x

BERNABE PABLO VALENTIN

               Plaintiff,

             -against-

ABITINO'S PIZZA 49TH STREET CORP. (D/B/A
ABITINO'S PIZZERIA), DOMINIQUE ABITINO,
and DAVID DOE,

             Defendants

------------------------------------x

Index No.:

**AFFIDAVIT OF CONFESSION OF JUDGMENT**

STATE OF NEW YORK  )
                         : ss.:
COUNTY OF __N*Y*__  )

__Dominick Abitino__, [print name] being duly sworn, deposes and says:

1. I am the defendant in this action.

2. I reside at __300 Strawtown Rd New City NY 10956__ (street address and apartment) in the County of __Rockland__ (print clearly), New York.

3. I, __Dominick Abitino__ (print legal name clearly), am the __Member__ (title) of ABITINO'S PIZZA 49TH STREET CORP. (D/B/A ABITINO'S PIZZERIA). I am duly authorized to make this affidavit of confession of judgment on behalf of ABITINO'S PIZZA 49TH STREET CORP. (D/B/A ABITINO'S PIZZERIA).

3. ABITINO'S PIZZA 49TH STREET CORP. (D/B/A ABITINO'S PIZZERIA) maintains its principal place of business at 730 10th Avenue New York, NY 10019 in the County of New York in the State of New York.

4. Pursuant to the terms of the Settlement Agreement and Release by and between Plaintiff BERNABE PABLO VALENTIN ("Plaintiff") on the one hand, ABITINO'S PIZZA 49TH STREET CORP. (D/B/A ABITINO'S PIZZERIA), DOMINIQUE ABITINO, and DAVID DOE, (collectively, Defendants), on the other hand, to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof against ABITINO'S PIZZA 49TH STREET CORP. (D/B/A ABITINO'S PIZZERIA) in favor of Plaintiff for the sum of Twenty-Seven Thousand Dollars ($27,000.00) (less any payments made under the settlement agreement).

7

5. This affidavit of confession of judgment is for a debt justly due to Plaintiff under the terms of the Settlement Agreement, to which this Affidavit is annexed, which provides that Defendants are to submit a total sum of Eighteen Thousand Dollars and Zero Cents ($18,000.00) to Plaintiff. The amount of this affidavit of confession of judgment represents the settlement amount of Eighteen Thousand Dollars and Zero Cents ($18,000.00), plus liquidated damages under the federal Fair Labor Standards Act and New York Labor Law and New York state implementing regulations and wage orders and which were waived as part of the Settlement Agreement, in the amount of Nine Thousand Dollars and Zero cents ($9,000.00), for a total of Twenty-Seven Thousand Dollars and Zero cents, ($27,000.00).

4. This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

5. I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York County of New York as a judgment for Twenty-Seven Thousand Dollars ($27,000.00) (less any payments made under the settlement agreement), against ABITINO'S PIZZA 49TH STREET CORP. (D/B/A ABITINO'S PIZZERIA).

ABITINO'S PIZZA 49TH STREET CORP. (D/B/A ABITINO'S PIZZERIA).

By: _____
(signature)

Dominick Abitino
Name (print clearly)

Member
Title (print clearly)

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF  NY     )

On _Nov. 16_, 2021, before me personally came _DOMINIC ABITINO_, to me known, who, by me duly sworn, did depose and say that deponent resides at _700 Strawtown Rd, New City NY 10954_, that deponent is the _Member_ (title) of ABITINO'S PIZZA 49TH STREET CORP. (D/B/A ABITINO'S PIZZERIA) the party described herein, and that deponent executed the foregoing Affidavit of Confession of Judgment on behalf of ABITINO'S PIZZA 49TH STREET CORP. (D/B/A ABITINO'S PIZZERIA) and was authorized to do so.

8

_____
Notary Public

ANTHONY G. MANGO
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02MA5025980
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES APRIL 4, 20 22

9

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF Rockland
-------------------------------------- x
BERNABE PABLO VALENTIN

        Plaintiff,

    -against-

ABITINO'S PIZZA 49TH STREET CORP. (D/B/A
ABITINO'S PIZZERIA), DOMINIQUE ABITINO,
and DAVID DOE,

        Defendants

-------------------------------------- x

Index No.:

**AFFIDAVIT OF CONFESSION OF JUDGMENT**

STATE OF NEW YORK  )
                      : ss.:
COUNTY OF NY  )

I, Dominick Abtino (print legal name clearly) (DOMINIQUE ABITINO) being duly sworn, deposes and says:

1. I reside at Dominick Abt 300 Strawtown RD New City NY 10956 (street address and apartment) in the County of Rockland (print clearly), New York.

2. Pursuant to the terms of the Settlement Agreement and Release by and between Plaintiff BERNABE PABLO VALENTIN ("Plaintiff") on the one hand, ABITINO'S PIZZA 49TH STREET CORP. (D/B/A ABITINO'S PIZZERIA), DOMINIQUE ABITINO, and DAVID DOE, (collectively, "Defendants"), on the other hand, to which this Affidavit is annexed, I hereby confess judgment and authorize entry thereof against me individually and in favor of Plaintiff for the sum of Twenty-Seven Thousand Dollars and Zero cents, ($27,000.00), which constitutes Eighteen Thousand, Dollars and Zero Cents ($18,000.00), which represents the Settlement Amount plus Nine Thousand Dollars and Zero cents ($9,000.00) of liquidated damages which were waived in settlement (less any payments made under the settlement agreement).

3. This affidavit is made upon good and valuable consideration, the sufficiency of which I acknowledge on behalf of Defendants, including, without limitation, the terms and provisions of the Settlement Agreement.

4. I hereby represent my understanding that upon Defendants' breach of the Settlement Agreement and failure to cure, this Confession of Judgment shall be docketed and entered in the Supreme Court of the State of New York County of Rockland as a

10

judgment for Twenty-Seven Thousand Dollars and Zero Cents ($27,000.00), in full, with credit for any payment received under this under the Settlement Agreement, to be applied upon execution, against me, DOMINIQUE ABITINO.

By: _____
(DOMINIQUE ABITINO)
(print legal name clearly)

_____
(signature)

Sworn to before me this

_16_ day of _November_ 2021

_____
Notary Public

ANTHONY G. MANGO
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02MA5025980
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES APRIL 4, 20 _22_

11